UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JANET LOVE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLASSICA CRUISE OPERATOR, LTD, INC. d/b/a MARGARITAVILLE AT SEA ,<br><br>　　　　　Defendant. | Case No.: 6:25-cv-02076 |

NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07, I certify that the instant action:

\_\_\_\_X\_\_\_\_ IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Seaberg v. Classica Cruise Operator, Ltd, Inc. d/b/a Margaritaville at Sea*, M.D. Fla. Case No.: 6:25-cv-2072

_____ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

　　I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: October 30, 2025  Respectfully submitted,

/s/Andrew J. Shamis
Andrew J. Shamis (FL Bar No. 101754)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299
Email: ashamis@shamisgentile.com

Jeff Ostrow (FBN 121452)
**KOPELOWITZ OSTROW PA**
1 W Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
T: (954) 525-4100
ostrow@kolawyers.com

*Attorney for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Middle District of Florida by using the CM/ECF System, which will send a notice of electronic filing on this 30th day of October, 2025.

/s/ Andrew J. Shamis
Andrew J. Shamis, Esq